EAST BATON ROUGE PARISH **C-676906**
Filed Dec 03, 2018 3:59 PM
Deputy Clerk of Court     **22**

MAURICE C. PEARL

VS

WALMART SUPERCENTER STORE
NO. 1266, located at 2171 Oneal Lane,
Baton Rouge, Louisiana; WALMART
STORES, INC.; WALMART, INC.;
WALMART LOUISIANA, LLC;
AND ABC INSURANCE COMPANY

NUMBER: **676906**     DIV.: **22**

19ᵀᴴ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## PETITION FOR DAMAGES

The petition of **MAURICE C. PEARL**, a resident of the full and lawful age of

majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, who

respectfully represents that:

1.

Made defendants herein are:

(A)     **WALMART SUPERCENTER STORE NO. 1266** located at 2171 Oneal
Lane, Baton Rouge, Louisiana, (hereinafter referred as **WALMART
STORE**), an entity doing business in Baton Rouge, East Baton Rouge Parish, Louisiana,
owned and operated by **WALMART**;

(B)     **WALMART, INC.**, a foreign corporation authorized to and doing business in the
State of Louisiana (hereinafter referred as **WALMART**), with it's agent for
service of process being C T Corporation System, 3867 Plaza Tower Drive, Baton
Rouge, Louisiana, 70816, (and in the event that WALMART, INC, is not the
correct named entity which owns the **Walmart Super Store # 1266**
located at 2171 Oneal Lane, Baton Rouge, La., Petitioner also names
**WALMART ASSOCIATES, INC., WALMART.COM USA, LLC,
WALMART.COM, WALMART STORES EAST, LP, WALMART
TRS,LLC; WALMART U.S.**, and the entities particularly listed hereinafter in
paragraphs 1 ( C) and 1 (D), and all referred to herein as **WALMART**, which
may be served through C T Corporation System, 3867 Plaza Tower Drive, Baton
Rouge, La. 70816;

( C)     **WALMART STORES, INC.**, a foreign corporation authorized to and doing
business in the State of Louisiana (hereinafter referred as **WALMART**), with it's
agent for service of process being C T Corporations System, 3867 Plaza Tower
Drive, Baton Rouge, Louisiana 70816;

(D)     **WALMART LOUISIANA, LLC**, a foreign limited liability company authorized
and doing business in the State of Louisiana (hereinafter referred as **WALMART**),
with it's agent for service of process being C T Corporation System, 3867 Plaza
Tower Drive, Baton Rouge, Louisiana 70816; and
(\*\*\*whereever WALMART is used, it may also me WAL-MART)

Maurice C. Pearl vs WALMART, et al, Number, 19ᵗʰ JDC, Parish of EBR, State of LA
Page 1

*Hope Michell*

Certified True and
Correct Copy
CertID: 2018120700325

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/7/2018 11:34 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT
A

(E)    **ABC INSURANCE COMPANY**, a foreign insurance corporation authorized to and doing business in the State of Louisiana, with it agent for service of process being the Secretary of State of the State of Louisiana, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

The above defendants are liable jointly, severally, and solidarily unto

petitioner, **MAURICE C. PEARL**, in the full and true sum of all damages, injuries and

losses sustained and as are alleged herein and/or as may be proven at trial, together with

legal inserest from the date of judicial demand, costs of these proceedings, and other

general and equitable relief for the incident that occurred on December 11, 2017 at the

Walmart Store Number 1266 located at 2171 Oneal Lane, Baton Rouge, Louisiana,

which is owned and/or operated by defendants, WALMART.

3.

On December 11, 2017, Petitioner, **MAURICE C. PEARL**, entered the

Walmart Super Center, Store Number 1266, located at 2171 Oneal Lane, Baton Rouge,

Louisiana, to purchase items. After being in the facility for several minutes, he began his

exit of the store. As he started to walk towards the store exit, there was an ice machine in

his pathway, which had a rug directly in front of it. As petitioner proceeded to pass

across the rug directly in front of the ice machine, he suddenly and without warning,

began to lose his balance tripping, and slipping, on the rug which was damp, ruched and

buckled causing him to violently topple over forward and slam face down to the floor in

front of the ice machine. He was seriously injured as a result of this incident.

4.

Upon hitting the floor, face down, Mr. Pearl became disoriented and remained

there for a moment or so before trying to recover himself and get up from the floor. He

was assisted by two companions, who had accompanied him to the store and shopped

with him. After the initial shock of the incident, petitioner became conscious of the fact

that his chin was struck from the fall and his hand was very painful. As he was assisted in

getting up, he further realized that this fall had impacted his entire body, and he needed to

seek and secure medical attention. He further realized that his clothing was slightly

Maurice C. Pearl vs WALMART, et al, Number, 19th JDC, Parish of EBR, State of LA
Page 2



Certified True and
Correct Copy
CertID: 2018120700325

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/7/2018 11:34 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(b)(3).

soiled from the dampness on the floor and rug. There were no warnings signs or displays anywhere to warn the public, and petitioner, of the hazardous conditions existing.

5.

As a result of the above described incident, petitioner, **MAURICE C. PEARL**, suffered serious and painful personal injuries exacerbating preexisting conditions which added to and caused more pain and discomfort. He has further suffered mental anguish and distress, emotional trauma and shock, as well as physical injuries and losses, and has incurred medical expenses, past-present- and future.

6.

As a result of the incident involving Maurice C. Pearl, the petitioner, has been unable to move around very well and do the things that he was accustomed to doing. Moreover, his employment and career opportunities have been stifled as a result of the injuries received and time loss as a result of this incident.

7.

At all times pertinent hereto, WALMART had actual and constructive knowledge and notice of the condition which caused the damages, prior to the occurrence.

8.

At all times pertinent hereto, WALMART owned and operated Walmart Supercenter Store Number 1266 located at 2171 Oneal Lane, Baton Rouge, Louisiana, and said store was under their care, custody and control. As such, WALMART was responsible for the maintenance, upkeep, condition, and safety of the store which is the site of the subject incident, but failed to exercise reasonable care.

9.

The petitioner contends that the negligence of the defendants was the proximate cause of the incident which caused personal injury to the petitioner.

10.

The petitioner further contends that the negligence of the defendants caused the incident, and that among the negligence of WALMART were:

Maurice C. Pearl vs WALMART, et al, Number, 19th JDC, Parish of EBR, State of LA
Page 3



Certified True and
Correct Copy
CertID: 2018120700325

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/7/2018 11:34 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

1. Allowing a negligent condition to exist in the area in which the public traversed;
2. Failing to warn customers of a dangerous and hazardous condition existing;
3. Failing to exercise reasonable care on the premises;
4. Failing to keep passageways clear of dangerous and hazardous items, obstacles and conditions;
5. Failure to exercise reasonable care commensurate with the circumstances;
6. Creating an unreasonably dangerous condition on the premises;
7. Failing to maintain the premises in a reasonably safe condition; and
8. Other acts of negligence to be proven at the trial in this matter.

11.

The petitioner further contends that the defendants, Walmart Store Number 1266 located at 2171 Oneal Lane, Baton Rouge, Louisiana and WALMART were negligent in allowing these dangerous and hazardous conditions to exist in an area where the public travels without providing any warning to the public.

12.

As a result of petitioner's fall and the injuries sustained by plaintiff, he seeks damages for the following:

A. Exacerbation to preexisting conditions;
B. Injuries to his person, emotions, and mental state;
C. Past, present and future pain and suffering;
D. Past, present and future mental anguish, worry, anxiety and distress;
E. Past, present and future medical expenses;
F. Past, Present and future loss of wages;
G. Disability and impairment of earning capacity, past, present and future; and
H. Loss of Enjoyment of life.

13.

Petitioner is insured, believes, and therefore alleges that at the time of the accident the defendant, **ABC INSURANCE COMPANY**, had issued a liability insurance policy unto WALMART that was in full force and effect at the time of the accident, and which insurance provides coverage for the injuries and damages alleged herein and inures to the benefit of Petitioner.

14.

In the alternative, Petitioner is informed, believes and therefore alleges that at the time of this accident, WALMART, maintained a self insured liability insurance policy and under the laws of the State of Louisiana, the said self-insured policy provides coverage for the injuries and damages alleged herein and inures to the benefit of Plaintiff.

Maurice C. Pearl vs WALMART, et al, Number, 19ᵗʰ JDC, Parish of EBR, State of LA
Page 4

Certified True and Correct Copy
CertID: 2018120700325

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/7/2018 11:34 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE,** Petitioner prays:

I.    Defendants be served with a copy of this petition and citation, and that after all legal delays and due proceedings had,

II.   There is judgment in favor of the Petitioner, Maurice C. Pearl, and against Defendants, WALMART (as described and identified herein above in paragraph 1) and ABC INSURANCE COMPANY, jointly, severally, and in solido for damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand until paid, and for all costs of this proceedings.

Respectfully Submitted By:

Maurice C. Pearl in Proper Person
6328 Stoneview Avenue
Baker, Louisiana 70714
(225) 361-0808

Respectfully Submitted By:
Law Offices of Etta Kay Hearn & Associates

Etta Kay Hearn, LSBN 06716
1028 Swan Street (70807)
*Post Office Box 74939*
*Baton Rouge, Louisiana 70874*
(225) 774-7300 Telephone
(225) 774-7303 Fascimile

**Please Serve Defendant:**

**WALMART, INC.**
C/O Agent for Service of Process
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Maurice C. Pearl vs WALMART, et al, Number, 19ᵗʰ JDC, Parish of EBR, State of LA
Page 5

*Hope Michell*

Certified True and
Correct Copy
CertID: 2018120700325

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/7/2018 11:34 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).