## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MAURICE C. PEARL**                                                **CIVIL ACTION**

**VERSUS**                                                               **NO. 19-758-RLB**

**WALMART SUPERCENTER STORE**                      **CONSENT**
**NO. 1266, ET AL.**

### JUDGMENT

For written reasons assigned:

It is hereby ORDERED, ADJUDGED and DECREED that judgment be entered in favor

of defendant Wal-Mart, Inc. and against plaintiff, and that this matter be DISMISSED with

prejudice.

Signed in Baton Rouge, Louisiana, on March 16, 2021.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

JURY